IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DONNA HAMBLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:18CV177 |
| ) | |
| SUSAN FRYE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on April 20, 2018, was served on the parties in this action. (ECF Nos. 3, 4.) Plaintiff filed objections to the Magistrate Judge's Recommendation. (See ECF No. 5.) The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is DISMISSED as frivolous.

This, the 15th day of May, 2018.

/s/ Loretta C. Biggs
United States District Judge